PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Tyreek Knight**

Docket No. **15CR105**

### Petition for Action on Conditions of Pretrial Release

COMES NOW BARBARA HUTCHINSON PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Tyreek Knight**, who was placed under pretrial release supervision by the **HONORABLE Katharine S. Hayden** sitting in the Court at **50 Walnut Street, Newark, New Jersey**, on **September 21, 2015**, on $100,000 Unsecured Appearance Bond co-signed by Larry Tyson along with the following conditions:

1. Pretrial Services Supervision;
2. Travel restricted to New Jersey unless otherwise approved;
3. Home Detention with Location Monitoring;
4. Maintain current residence or a residence approved by Pretrial Services;
5. Surrender/do not possess any firearms or dangerous weapons;
6. Surrender passport.

The defendant is presently scheduled for trial before Your Honor on May 9, 2016.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **the added condition of mental health testing and treatment as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this _____ day
of _February_, _201_ and ordered filed
and made a part of the records in the above
case.

Honorable Katharine S. Hayden
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on _____February 22, 2016_____

Barbara Hutchinson
Barbara Hutchinson
Senior United States Pretrial Services Officer